[Cite as *11/29/2007 Case Announcements,* 2007-Ohio-6300.]

## MISCELLANEOUS DISMISSALS

**2007–0460.   State ex rel. Richardson v. Indus. Comm.**
Franklin App. No. 06AP–231, 2007-Ohio-760. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–1822. Fifth Third Bank v. Lorance.**
Butler App. No. CA2006–10–280, 2007-Ohio-4217. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.